## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHE ALBALLEROS, Elcides Nolberto<br><br>Petitioner,<br><br>  v.<br><br>JAMISON, J.L.,<br><br>Respondents. | Case No. 26-5651<br><br>**PETITION FOR<br>WRIT OF HABEAS CORPUS** |

### NOTICE OF VOLUNTARY DISMISSAL

The Petitioner, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, respectfully notifies this Honorable Court of his desire to voluntarily dismiss the Petition (Dkt. 1). The Petitioner is currently being held in the Federal Detention Center. Further, Petitioner affirms that each party shall bear their own costs and fees.

Dated: August 10, 2026        Respectfully submitted,

/s/Mikaela Wolf-Sorokin
Mikaela Wolf-Sorokin (PA ID335725)
DEFENDER ASSOCIATION OF PHILADELPHIA
1441 Sansom Street
Philadelphia, PA 19102
Tel.: 267-765-6789
E: MLWolfSorokin@philadefender.org
*Pro Bono Counsel for Petitioner*

Date: August 11, 2026       /s/ John Milton Younge

John Milton Younge, Judge